# UNITED STATES DISTRICT COURT

for the
Eastern District of Virginia

| | | |
|---|---|---|
| **Louis B. Antonacci** | ) | |
| | ) | |
| _Plaintiff_ | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:24-cv-00172 |
| | ) | |
| **Rahm Israel Emanuel et. al.** | ) | |
| | ) | |
| _Defendant_ | ) | |

## AFFIDAVIT OF NONSERVICE

I, Lavinia Ringgold, being duly sworn, state:

I am a private process server, 18 years of age or older and not a party to this action or a member of a corporation or organization that is a party to this action. My address is 8360 Church Lane, Windsor Mill, MD 21244.

After careful inquiry and diligent attempts, I was unable to serve BEAN LLC d/b/a Fusion GPS as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: February 23, 2024 7:38 pm
Address: 4115 Military Road Northwest, Washington, DC 20015
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=38.9610776347,-77.0810765262
Description of attempt: A male who appeared to be college-aged, stated Servee could not be reached at the address of service because he no longer resided there. He said he did not have any contact or forwarding information for the Servee. Refused to confirm if he was a friend or relative of the Servee or if he was a resident pf the address of service. Abruptly slammed the door.

Serve Attempt #2
Date / Time: February 26, 2024 5:25 pm
Address: 4115 Military Road Northwest, Washington, DC 20015
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=38.9610127133,-77.0807822327

Description of attempt: A woman answered the door. She spoke through the mail slot and stated that the Servee is not currently home. I asked if there is a good day/time that I can return to speak with him and she began pulling/closing the blinds to the windows. I get the sense that the Servee is aware that legal documents are being served to him and has told the residents at the  Address of Service to avoid sharing any information as to his availability.

Serve Attempt #3
Date / Time: March 2, 2024 5:21 pm
Address: 4115 Military Road Northwest, Washington, DC 20015
Photo: See Exhibit 3a below
Geolocation: https://google.com/maps?q=38.9611010264,-77.0811501786
Description of attempt: There was no answer at the Address of Service. Checked with neighbor at 4118. Said she does not see the Servee often. Believes they have another resident in Southern Maryland.

Serve Attempt #4
Date / Time: March 3, 2024 1:09 pm
Address: 4115 Military Road Northwest, Washington, DC 20015
Photo: See Exhibit 4a below
Geolocation: https://google.com/maps?q=38.9610193111,-77.0810313151
Description of attempt: The same male who answered the door on 2/23, came to the door and recognized mw from the previous attempt. Without opening the door and before I could ask for the Servee, he yelled through the mail slot, "He's not here. He's always going to be not here." Then he walked away.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_____Baltimore County_____,

___MD_____ on ___3/4/2024_____ .

/s/ *Lavinia Ringgold*
_____
Signature
Lavinia Ringgold
+1 (410) 262-1894





Exhibit 2a)



Exhibit 3a)

Exhibit 4a)

