# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

LOUIS B. ANTONACCI,

    Plaintiff

    **v.**

RAHM ISRAEL EMANUEL et. al.

    Defendants.

**Case No. 1:24-cv-00172**

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
## AGAINST BEAN, LLC D/B/A FUSION GPS

Plaintiff Louis B. Antonacci ("Antonacci") hereby requests entry of default against Defendant BEAN, LLC d/b/a Fusion GPS ("Fusion GPS"), and states as follows:

On February 15, 2024, Plaintiff Antonacci requested the initial summons for Fusion GPS be issued for service on its non-commercial registered agent, Glenn Simpson, at its registered address in Washington, DC. (Dkt. 3.) On March 6, 2024, Antonacci returned that summons unexecuted because his process server, after due diligence, could not locate Mr. Simpson at that address. (*See* Aff. of Lavinia Ringgold, Dkt. 10.1.) Antonacci thus requested, and the clerk issued, an alias summons for service on the District of Columbia Superintendent of Corporation. (Dkt. 15.)

D.C. Code § 29-104.12(d), on March 6, 2024, Antonacci delivered the summons, complaint with exhibits, civil cover sheet, Ms. Linggold's affidavit of non-service, and Service of Process Action Form GN-6 ("Service Documents"), to the District of Columbia Government Department of Licensing and Consumer Protection, Corporations Division ("Superintendent"). (*See* attached **Affidavit of Louis B. Antonacci ¶¶ 4-5.**) On April 2, 2024, Mr. Antonacci returned to DLCP and

requested a certificate of service from the Superintendent, which indicates that the Superintendent forwarded the Service Documents to Fusion GPS on March 8, 2024. (Id. ¶ 6.)

Pursuant to D.C. Code D.C. Code § 29-104.12(d), service was effective on Fusion GPS as early as March 6, 2024, but not later than March 8, 2024. (Id. ¶¶ 4-7.) Fusion GPS therefore had until March 29, 2024, to file an answer or other responsive pleading to the Complaint. Federal Rule of Civil Procedure 12(a). Fusion GPS has not filed an answer or responsive pleading, nor has anyone entered an appearance on its behalf, and it is therefore in default pursuant to Rule 55(a).

**WHEREFORE**, for the reasons stated herein, Plaintiff Louis B. Antonacci respectfully requests that entry of default be made against Defendant BEAN, LLC d/b/a Fusion GPS.

Dated: April 2, 2024                    Respectfully submitted

/s/ *Louis B. Antonacci*
Louis B. Antonacci (VSB # 75840)
**ANTONACCI LAW PLLC**
501 Holland Lane #107
Alexandria, VA 22314
703-300-4635
lou@antonaccilaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 2, 2024, I filed this request for entry of default electronically using this Court's CM/ECF system, which caused service on all counsel of record:

/s/ *Louis B. Antonacci*

Louis B. Antonacci (VSB # 75840)
**ANTONACCI LAW PLLC**
501 Holland Lane #107
Alexandria, VA 22314
703-300-4635
lou@antonaccilaw.com