**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **LOUIS B. ANTONACCI,** | |
| Plaintiff | **Case No. 1:24-cv-00172** |
| **v.** | |
| **RAHM ISRAEL EMANUEL et. al.** | |
| Defendants. | |

**AFFIDAVIT OF LOUIS B. ANTONACCI
IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Louis B. Antonacci, under penalty of perjury, declare the following:

1.      I am over 18 years old and I am competent to testify to the facts and matters set forth in this Affidavit. I have personal knowledge of the facts set forth in this Affidavit and, if called to testify, could competently testify to those facts.

2.      Defendant BEAN, LLC d/b/a Fusion GPS is registered to do business in the District of Columbia.

3.      Defendant BEAN, LLC maintains a non-commercial registered in the District of Columbia at the following address: Glenn Simpson, 4115 Military Road, NW, Washington, DC 20015.

4.      On March 6, 2024, I delivered to Government of the District of Columbia, Department of Licensing and Consumer Protection, Corporations Division, a copy of the alias summons for Defendant BEAN, LLC d/b/a Fusion GPS (Dkt. 15), a true and correct copy attached hereto as **Exhibit 1**, together with the D.C. Government Form GN-6, a true and correct copy attached hereto as **Exhibit 2**, together with a full and complete copy of the complaint and civil cover sheet

B-1

that I filed in the above-captioned matter, at the following address: 1100 4th Street, SW, Washington, DC 20024.

5.      On March 6, 2024, I requested that the Superintendent of Corporations for the District of Columbia ("Superintendent") serve Defendant BEAN, LLC d/b/a Fusion GPS with the documents identified in the preceding paragraph. A true and correct copy of a receipt of those services is attached hereto as **Exhibit 3**.

6.      On April 2, 2024, I returned to the District of Columbia's Department of Licensing and Consumer Protection, Corporations Division, at 1100 4th Street SW, Washington, DC 20024, and requested the Superintendent's certificate of service on BEAN, LLC d/b/a Fusion GPS. A true and correct copy of that certificate, together with the receipt, is attached hereto as **Exhibit 4**.

7.      A true and correct copy of D.C. Code § 29-104.12 "Service of process, notice, or demand on an entity" is attached hereto as **Exhibit 5.**

8.      Pursuant to Virginia Code § 8.01-4.3, I declare under penalty of perjury that the foregoing is true and correct.

**Dated: April 2, 2024**


FURTHER AFFIANT SAYETH NOT.


*Louis B. Antonacci*
_____
Full Name

April 2, 2024
_____
Signature