**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| Louis B. Antonacci, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 1:24-cv-172-MSN-LRV |
| | ) | |
| Rahm Israel Emanuel, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ENTRY OF DEFAULT**

In accordance with plaintiff's request to enter default and affidavit of Louis Antonacci, counsel of record for plaintiff, the Clerk of this Court does hereby enter the default of defendant BEAN, LLC d/b/a Fusion GPS for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT

BY:     /s/
DEPUTY CLERK

DATED:  4/5/2024