# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

LOUIS B. ANTONACCI,

Plaintiff

v.

RAHM ISRAEL EMANUEL et. al.

Defendants.

Case No. 1:24-cv-00172

## PLAINTIFF'S REQUEST TO SET ASIDE DEFAULT
## AGAINST BEAN, LLC D/B/A FUSION GPS

Plaintiff Louis B. Antonacci ("Antonacci") hereby requests this Court set aside the default

entered against Defendant BEAN, LLC d/b/a Fusion GPS ("Fusion GPS"), and states as follows:

On April 2, 2024, Antonacci requested entry of default against Defendant Fusion GPS. (Dkt

69.) The clerk entered default on April 5, 2024. (Dkt. 75.)

On April 8, 2024. Antonacci received a response to his FOIA request to the District of

Columbia Government Department of Licensing and Consumer Protection, Corporations Division

("Superintendent"). (*See* Affidavit of Antonacci, **Ex. 1.**) Antonacci had requested all the papers the

Superintendent served on Fusion GPS. Not surprisingly, the Superintendent's response to

Antonacci's FOIA request reveals that the Superintendent did not serve the Exhibits to Antonacci's

complaint on Fusion GPS. As such, service on Fusion GPS has not been completed, and Antonacci

moves this Court to set aside the default.

**WHEREFORE**, for the reasons stated herein, Plaintiff Louis B. Antonacci respectfully

requests that entry of default against Defendant BEAN, LLC d/b/a Fusion GPS be set aside.

Dated: April 10, 2024

Respectfully submitted

/s/

Louis B. Antonacci (VSB # 75840)
**ANTONACCI LAW PLLC**
501 Holland Lane #107
Alexandria, VA 22314
703-300-4635
lou@antonaccilaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 2, 2024, I filed this request to set aside default electronically using this Court's CM/ECF system, which caused service on all counsel of record:

/s/
Louis B. Antonacci (VSB # 75840)
**ANTONACCI LAW PLLC**
501 Holland Lane #107
Alexandria, VA 22314
703-300-4635
lou@antonaccilaw.com