**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| **LOUIS B. ANTONACCI,** | |
| Plaintiff | **Case No. 1:24-cv-00172** |
| **v.** | |
| **RAHM ISRAEL EMANUEL et. al.** | |
| Defendants. | |

**AFFIDAVIT OF LOUIS B. ANTONACCI
<u>IN SUPPORT OF REQUEST TO SET ASIDE DEFAULT</u>**

I, Louis B. Antonacci, under penalty of perjury, declare the following:

1.      I am over 18 years old and I am competent to testify to the facts and matters set forth in this Affidavit. I have personal knowledge of the facts set forth in this Affidavit and, if called to testify, could competently testify to those facts.

2.      I submitted FOIA Request No. 2022-FOIA-04828 to the District of Columbia Government Department of Licensing and Consumer Protection ("FOIA Request").

3.      Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of the response I received to the FOIA Request.

4.      Pursuant to Virginia Code § 8.01-4.3, I declare under penalty of perjury that the foregoing is true and correct.

**Dated: April 2, 2024**

FURTHER AFFIANT SAYETH NOT.

  Louis Antonacci
_____

Full Name

*Louis B. Antonacci*
_____

Signature