IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LOUIS B ANTONACCI,                  )
                                    )
          Plaintiff,                )
                                    )
     v.                             )        Civil Action No. 1:24-cv-0172 (MSN/LRV)
                                    )
RAHM ISRAEL EMANUEL, *et al.*,      )
                                    )
                                    )
          Defendants.               )
_____     )

## ORDER

This matter comes before the Court on Plaintiff's Request to Set Aside Default Against Bean, LLC d/b/a Fusion GPS (Dkt. No. 91), requesting that the Court set aside the default entered by the Clerk on April 5, 2024 (Dkt. No. 75) because Defendant Bean, LLC has not been properly served. Pursuant to Federal Rule of Civil Procedure 55(c), and for good cause shown, it is hereby

**ORDERED** that Plaintiff's Request (Dkt. No. 91) is **GRANTED**; it is further

**ORDERED** that the Clerk's Entry of Default against Defendant Bean, LLC d/b/a Fusion GPS (Dkt. No. 75) is **VACATED**.

**ENTERED** this 12th day of April, 2024.

_____/s/_____
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia