AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

|  |  |
|---|---|
| Louis B. Antonacci<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Rahm Israel Emanuel et. al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:24-cv-00172

## Alias    SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BEAN LLC d/b/a Fusion GPS
Serve: District of Columbia Superintendent of Corporations
1100 4th Street SW
Washington, DC 20024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Louis B. Antonacci
Antonacci PLLC
501 Holland Lane #107
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  3/6/2024

_____
*Signature of Clerk or Deputy Clerk*