# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

LOUIS B. ANTONACCI,

    Plaintiff

    v.

RAHM ISRAEL EMANUEL et. al.

    Defendants.

Case No. 1:24-cv-00172

**AFFIDAVIT OF LOUIS B. ANTONACCI**
**IN SUPPORT OF SUMMONS RETURNED EXECUTED**
**<u>FOR DEFENDANT BEAN LLC D/B/A FUSION GPS</u>**

I, Louis B. Antonacci, under penalty of perjury, declare the following:

1.    I am over 18 years old and I am competent to testify to the facts and matters set forth in this Affidavit. I have personal knowledge of the facts set forth in this Affidavit and, if called to testify, could competently testify to those facts.

2.    On April 19, 2024, I sent, via certified U.S. Mail, the alias summons (dkt. 15), complaint with exhibits (dkt. 1, 1.1-1.12), civil cover sheet, Ms. Linggold's affidavit of non-service (dkt. 10.1), and Service of Process Action Form GN-6 ("Service Documents"), to the District of Columbia Government Department of Licensing and Consumer Protection, Corporations Division ("Superintendent"), at the Superintendent's mail-in address in Philadelphia, PA. A true and correct copy of the Superintendent's website is attached hereto as **<u>Exhibit 1</u>**.

3.    Together with the Service Documents, and in light of the fact that the Superintendent failed to serve the Exhibits with the complaint the first time I tried to serve Defendant BEAN LLC d/b/a Fusion GPS ("Fusion GPS") through the District of Columbia's government (dkt. 91), I also sent the Superintendent a letter explaining that all the Service Documents needed to be served on

Fusion GPS. A true and correct copy of that letter, together with the certified mail receipt, are attached hereto as **Exhibit 2**.

4.     The Superintendent was served with the Service Documents on April 25, 2024. A true and correct copy of the USPS Tracking information, from the USPS website, is attached hereto as **Exhibit 3**.

5.     On that same day, the Superintendent cashed Antonacci's check for the $150 service fee. A true and correct copy of the cashed check is attached hereto as **Exhibit 4**.

6.     On May 8, 2024, I requested a certificate of service from the Superintendent. A true and correct copy of the receipt for my $150 payment for the certificate is attached hereto as **Exhibit 5**.

7.     On May 10, 2024, the Superintendent transmitted to me, via email, its certificate of service on Fusion GPS. The Superintendent's certificate of service on Fusion GPS is attached hereto as **Exhibit 6**.

8.     Pursuant to Virginia Code § 8.01-4.3, I declare under penalty of perjury that the foregoing is true and correct.


**Dated: May 10, 2024**


FURTHER AFFIANT SAYETH NOT.


**Louis Antonacci**_____     *Louis B. Antonacci*_____
Full Name                                                            Signature