

# Service of Process

The Corporations Division Program Manager serves as a Superintendent of Corporations and in that capacity acts as the Mayor's Agent for Service of Process for businesses that are defunct, or fail to maintain an agent in the District or are operating in the District.

**What is Service of Process?**

Service of Process is a legal process: legal orders, demands, notices, or other papers about court proceedings in the District of Columbia are served on an individual or organization.

**When and Why to Serve the Superintendent of Corporations**

Superintendent of Corporations at the District of Columbia Department of Licensing and Consumer Protection is hereby designated to accept Service of Process on the Mayor's behalf pursuant to Mayor's Order 2009-65 dated April 24th, 2009.

If domestic or foreign filing entity has the registered agent on record, that agent should be served.

Filing entity includes nonprofit and for-profit corporation, limited liability company, limited partnership, limited liability partnership, general cooperative association, limited cooperative association and statutory trust.

Service of Process can be mailed or delivered to DLCP's Superintendent of Corporations, who may act as the substitute Registered Agent for a corporation, limited liability company, limited partnership, or limited liability partnership operating in the District, if any one of the following apply:

- Represented entity failed to appoint or maintain a registered agent in the District; or
- A represented entity's registered agent in the District cannot with reasonable diligence be found;
- The company is not registered but operating within the District of Columbia.

## Who can be served by Superintendent of Corporations?

All domestic and foreign filing entities.

## How Do I Serve the Superintendent of Corporations?

1. Submit two copies of documents (legal orders, demands, notices, affadavit of service on corporation, etc.) that have been filed with the court.
2. Complete form GN-6 Service of Process Action Form.
3. Include payment for service of process filing (see fee and payment information below).

## How can I get a proof of service?

Once Superintendent of Corporations has been served, you may request certificate of service. Please reach out to Corporations Division to ensure that service has been completed before requesting certificate of service. Certificate cost is in addition to the fee paid for accepting service of process and is equal to that fee.

## Mail versus Walk-In Service

## Mail

Superintendent of Corporations
Department of Licensing and Consumer Protection
Business and Professional Licensing Administration
Corporations Division
Wells Fargo Bank
MAC Y1372-045
401 Market Street
Philadelphia, PA 19106

**Special Note**: Please also email copy of your mail-in service of process to the following email box - dlcp.corp@dc.gov

## Walk-In

Department of Licensing and Consumer Protection
Corporations Division,Digital Service Center, 2nd Floor
1100 4th Street, SW
Washington, DC 20024
Please, note that walk-in customers will be assessed the expedited fee for same day service. Refer to the Fees for Corporate Registration Services.

## DLCP Service Hours

Monday, Tuesday, Wednesday, Friday: 8:30 am - 4:30 pm
Thursday: 9:30 am - 4:30 pm

## Payment Information

When filing by mail, make checks payable to "DC Treasurer".

For walk-in customers, payment can be made by cash, Visa/Master Card, check, or money order.

## Service of Process Forms and Related Links

- Affidavit of Service on a Corporation (DC Superior Court form)
- District of Columbia Courts (general information)
- District of Columbia Court of Appeals
- District of Columbia Superior Court
- US District Court for the District of Columbia
- US Court of Appeals for the District of Columbia
- US Bankruptcy Court for the District of Columbia
- District of Columbia Bar

## Contact TTY:
711

Spanish (Español) French (Français) Vietnamese (Tiếng Việt) Amharic (አማርኛ) Chinese (中文) Korean (한국어)





**Office Hours**

Monday, Tuesday, Wednesday, Friday 8:30 am to 4:30 pm and Thursday 10:30 am to 4:30 pm In-person service stops accepting visitors at 4:00 pm.

**Connect With Us**

1100 4th Street, SW, Washington, DC 20024 Phone: (202) 671-4500

TTY: 711 Email: dlcp@dc.gov



ACCESSIBILITY
PRIVACY AND SECURITY
ABOUT DC.GOV
TERMS AND CONDITIONS

© 2019-2023 District of Columbia