

# ANTONACCI PLLC

501 Holland Lane, Suite 107
Alexandria, VA 22314
703.300.4635 • lou@antonaccilaw.com

April 15, 2024

Superintendent of Corporations
Department of Licensing and Consumer Protection
Business and Professional Licensing Administration
Corporations Division
Wells Fargo Bank
MAC Y1372-045
401 Market Street
Philadelphia, PA 19106

RE:    Service of Process on BEAN LLC d/b/a Fusion GPS
       Initial File Number L53032
       Antonacci v. Emanuel, U.S. EDVA Civil No. 1:24-cv-00172

Dear Superintendent,

Enclosed please find two copies of my request for service of Process on BEAN LLC d/b/a Fusion GPS. I previously submitted the request via walk-in service at the DC location, but a FOIA Request (2024-FOIA-04828) revealed that the exhibits were not served with the complaint. All documents must be served on BEAN LLC d/b/a Fusion GPS.

Please serve these documents on BEAN LLC d/b/a Fusion GPS at its registered address. Please ensure all the documents are scanned into your system so there is a record of service.

**ANTONACCI PLLC**

*Louis B. Antonacci*
_____
By: Louis B. Antonacci, Managing Principal

---

**www.antonaccilaw.com**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 4.40

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

APR 19

Postage
$ 24.75

Total Postage and Fees
$ 29.15

Sent To
Securitas Corporation NC
Street and Apt. No., or PO Box No.
401 Market Street
City, State, ZIP+4®
Philadelphia PA 19106

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions