# Check Details

Item 1 of 3          Show full image*          🖨  Print

| Check Number | 1200 |
| --- | --- |
| Date Posted | 04/25/24 |
| Check Amount | $150.00 |



‹ Previous    ⇄ Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and
the ability to view the backs of checks have been removed from the
images.
You can see full or partial fronts and backs of the images by using the
link at the top of the window.

🏠 Equal Housing Lender