District of Columbia Government
## DEPARTMENT OF LICENSING AND CONSUMER PROTECTION
Corporation Division
1100 4th Street, SW
Washington, DC 20024

OFFICE OF FINANCE AND TREASURY
Date:            5/8/2024 2:47 PM
Office:   DLCP-DOB   Term:      CZ-OFT-969
Batch:    83746    Batch Date   5/8/2024
Cashier:  TEMP25
Trans #: 10
DEPARTMENT OF LICENING A Rcpt: 03038949
Comment/Document:  LOUIS B. ANTONACCI VS
Payment Total:                        $150.00
Payment Distribution:
  2152  CRO (3235) 10exp-ops80      $100.00
  2116  CRO (3222) 10001-ops80       $50.00
          CCEMV Tendered: $150.00

## Billing Voucher

**Charge To:**       LOUIS B. ANTONACCI VS BEAN LLC -
Initial File Number: L53032- - CASE -1:24-
CV-00172 - CERTIFICATE OF SERVICE
ONLY

**Office Use Only**

| Charge For | QTY | Fund: Price | Source Code |
|---|---|---|---|
| 1 Day Expedite Services | 1 | $100.00 | Fund 1060283 Acc 6211071 |
| Service of Process-Reg. Entities  Backoffice | 1 | $50.00 | Fund 1010001 Acc 6211039 |
| Date: 5/8/2024      Mch      **PAY THIS AMOUNT PAYABLE TO THE D.C. TREASURER** | | $150.00 | **Total** |

**Government of the District of Columbia - Office of the Chief Financial Officer**

**Returned Check Fee - $65.00 - DCMR § 1-108**

**All checks returned are subject to electronic representment along with a $65.00 fee.**

DLCP-DOB
1100 4th Street SW STE E
WashingtonDC 20024
5/8/2024                5/8/2024 2:47
Merchant ID:            PayConex
Cashier:                TEMP25

Credit Card             CCEMV

Card Number:            3007
Trans #:                10
Batch:                  83746
Approval Code:          803284
Entry Method:           CP
      LOUIS B  ANTONACCI
Total:                  $150.00

I agree to pay above total amount accord
(Merchant agreement if Credit Voucher)

Cardholder Signature