

Louis Antonacci <lou@antonaccilaw.com>

---

## Proof of service certificate

---

**Support** <support@dcra.mail.kustomerapp.com>                    Fri, May 10, 2024 at 10:11 AM
Reply-To: support@dcra.mail.kustomerapp.com
To: lou@antonaccilaw.com



### Reference No.: 3XE-ILW0X

Hello Louis Antonacci,

Attached is the certificate of service for LOUIE B. ANTONACCI vs BEAN LLC.

Thank you for the opportunity to be of service.

Thank you, and have a great day on purpose!

**Deborah Bridges** | Senior Paralegal Specialist
Corporations Division
Department of Licensing and Consumer Protection
1100 4th Street SW, Washington, DC 20024
Main: (202) 442-4432 |
dlcp.dc.gov



**Department of Licensing and Consumer Protection**

1100 4th Street SW, Washington, DC 20024
202.671.4500 | dlcp.dc.gov

Case 1:24-cv-00172-MSN-LRV    Document 120-7    Filed 05/10/24    Page 2 of 5 PageID# 1796

**Certificate_of_Service_BEAN_LLC.pdf**
129K

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**DEPARTMENT OF LICENSING AND CONSUMER PROTECTION**
**CORPORATIONS DIVISION**



# C E R T I F I C A T E

**This is to certify that:**

A copy of

**LOUIE B. ANTONACCI vs BEAN LLC**

filed in Case #

**2024-1:24-CV-00172**

was served on me in my capacity as Superintendent of Corporations.

A copy of the above-listed Documents were sent by certified mail on  04/25/2024
to the registered agent and/or the following business address:

**4115 MILITARY RD NW, WASHINGTON, DC 20015**

    **IN TESTIMONY WHEREOF,** I have hereunto set my hand and caused the
seal of this office to be affixed this 05/09/2024



**Muriel Bowser**
**Mayor**

*Rebecca Janovich*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
REBECCA JANOVICH
Superintendent of Corporations,
Corporations Division



# ANTONACCI PLLC

501 Holland Lane, Suite 107
Alexandria, VA 22314
703.300.4635 • lou@antonaccilaw.com

April 15, 2024

Superintendent of Corporations
Department of Licensing and Consumer Protection
Business and Professional Licensing Administration
Corporations Division
Wells Fargo Bank
MAC Y1372-045
401 Market Street
Philadelphia, PA 19106

RE:    Service of Process on BEAN LLC d/b/a Fusion GPS
        Initial File Number L53032
        Antonacci v. Emanuel, U.S. EDVA Civil No. 1:24-cv-00172

Dear Superintendent,

Enclosed please find two copies of my request for service of Process on BEAN LLC d/b/a Fusion GPS. I previously submitted the request via walk-in service at the DC location, but a FOIA Request (2024-FOIA-04828) revealed that the exhibits were not served with the complaint. All documents must be served on BEAN LLC d/b/a Fusion GPS.

Please serve these documents on BEAN LLC d/b/a Fusion GPS at its registered address. Please ensure all the documents are scanned into your system so there is a record of service.

**ANTONACCI PLLC**

*Louis B. Antonacci*

By: Louis B. Antonacci, Managing Principal

District of Columbia Government
## DEPARTMENT OF LICENSING AND
## CONSUMER PROTECTION
Corporation Division
1100 4th Street, SW
Washington, DC 20024

**Billing Voucher**

**Charge To:**     LOUIS B. ANTONACCI VS BEAN LLC -
Initial File Number: L53032- - CASE -1:24-
CV-00172 - CERTIFICATE OF SERVICE
ONLY

**Office Use Only**

| Charge For | QTY | Fund: Price | Source Code |
|---|---|---|---|
| 1 Day Expedite Services | 1 | $100.00 Fund 1060283 Acc 6211071 | |
| Service of Process-Reg. Entities  Backoffice | 1 | $50.00 Fund 1010001 Acc 6211039 | |

**Date:** 5/8/2024    _MCh_    **PAY THIS AMOUNT PAYABLE
TO THE D.C. TREASURER**    $150.00    **Total**

**Government of the District of Columbia - Office of the Chief Financial Officer**

**Returned Check Fee - $65.00 - DCMR § 1-108**

**All checks returned are subject to electronic representment along with a $65.00 fee.**