**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **LOUIS B. ANTONACCI,** | |
| Plaintiff | **Case No. 1:24-cv-00172** |
| v. | |
| **RAHM ISRAEL EMANUEL et. al.** | |
| Defendants. | |

**PLAINTIFF'S SECOND REQUEST FOR ENTRY OF DEFAULT**
**AGAINST BEAN, LLC D/B/A FUSION GPS**

Plaintiff Louis B. Antonacci ("Antonacci") hereby requests entry of default against

Defendant BEAN, LLC d/b/a Fusion GPS ("Fusion GPS"), and states as follows:

On February 15, 2024, Plaintiff Antonacci requested the initial summons for Fusion GPS be

issued for service on its non-commercial registered agent, Glenn Simpson, at its registered address in

Washington, DC. **(Dkt. 3.)** On March 6, 2024, Antonacci returned that summons unexecuted because

his process server, after due diligence, could not locate Mr. Simpson at that address. **(Dkt. 10.1.)**

Antonacci thus requested, and the clerk issued, an alias summons for service on the District of

Columbia Superintendent of Corporation. **(Dkt. 15.)**

On April 19, 2024, Antonacci sent, via certified U.S. Mail, the alias summons **(dkt. 15)**,

complaint with exhibits **(dkt. 1, 1.1-1.12)**, civil cover sheet, Ms. Linggold's affidavit of non-service

(dkt. 10.1), and Service of Process Action Form GN-6 ("Service Documents"), to the District of

Columbia Government Department of Licensing and Consumer Protection, Corporations Division

("Superintendent"), at the Superintendent's mail-in address in Philadelphia, PA. **(Dkt. 120-1 ¶ 2.)**

Together with the Service Documents, and in light of the fact that the Superintendent failed to serve

the Exhibits with the complaint the first time Antonacci tried to serve Defendant Fusion GPS through the District of Columbia's government (dkt. 91), Antonacci also sent the Superintendent a letter explaining that all the Service Documents needed to be served on Fusion GPS. **(Id. ¶ 3.)** The Superintendent was served with the Service Documents on April 25, 2024. **(Id. ¶¶ 4-7.)**

Pursuant to D.C. Code D.C. Code § 29-104.12(d), service was effective on Fusion GPS on April 25, 2024. Fusion GPS therefore had until May 16, 2024, to file an answer or other responsive pleading to the Complaint. Federal Rule of Civil Procedure 12(a). Fusion GPS has not filed an answer or responsive pleading, nor has anyone entered an appearance on its behalf, and it is therefore in default pursuant to Rule 55(a).

**WHEREFORE**, for the reasons stated herein, Plaintiff Louis B. Antonacci respectfully requests that entry of default be made against Defendant BEAN, LLC d/b/a Fusion GPS.

Dated: June 3, 2024

Respectfully submitted

/s/ *Louis B. Antonacci*
Louis B. Antonacci (VSB # 75840)
**ANTONACCI LAW PLLC**
501 Holland Lane #107
Alexandria, VA 22314
703-300-4635
lou@antonaccilaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 3, 2024, I filed this request for entry of default electronically using this Court's CM/ECF system, which caused service on all counsel of record:

/s/ *Louis B. Antonacci*

Louis B. Antonacci (VSB # 75840)
**ANTONACCI LAW PLLC**
501 Holland Lane #107
Alexandria, VA 22314
703-300-4635
lou@antonaccilaw.com