IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LOUIS B ANTONACCI,                    )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )        Civil Action No. 1:24-cv-0172 (MSN/LRV)
                                      )
RAHM ISRAEL EMANUEL, *et al.*,        )
                                      )
                                      )
        Defendants.                   )
_____ )

## ORDER

This matter comes before the Court on Plaintiff's Second Request for Entry of Default Against Bean, LLC d/b/a Fusion GPS (Dkt. No. 144). On May 23, 2024, the Court entered an Order (Dkt. No. 143), holding that this court lacks jurisdiction, and ordering that the Complaint be dismissed. Accordingly, because the Court lacks subject-matter jurisdiction over this suit, *see Brickwood Contractors, Inc. v. Datanet Eng'g, Inc.*, 369 F.3d 385, 390 (4th Cir. 2004) ("Subject-matter jurisdiction cannot be conferred by the parties, nor can a defect in subject-matter jurisdiction be waived by the parties."), it is hereby

ORDERED that Plaintiff's Second Request for Entry of Default (Dkt. No. 144) is DENIED.

ENTERED this 7th day of June, 2024.

_____/s/_____
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia